UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>$13,626.00 IN U.S. CURRENCY<br>AND 29,480 IN EUROS<br>Defendants | §<br>§<br>§<br>§  CIVIL ACTION NO. 4:08-cv-03581<br>§<br>§<br>§<br>§ |

## AGREED FINAL JUDGMENT OF FORFEITURE

The United States' Motion for a Forfeiture Judgment is granted. The Court finds under 28 U.S.C. §2465(a)(2) that there was reasonable cause for the seizure of Defendants *in rem*. It is ORDERED that:

1. $24,938.78 of Defendants *in rem* is forfeited to the United States. The United States Department of Homeland Security shall dispose of the forfeited funds.

2. The United States Department of Homeland Security shall return to Richard Lee, Claimant, $24,938.78 of Defendant *in rem* by sending a check in the amount of $24,938.78 payable to Richard Lee, c/o Robert W. Snyder, Esq., 15375 Barranca Parkway, Suite B-105,

Page 1 of 2

Irvine, CA 92618,

3. Claimant will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action,

4. Each party will bear their individual costs including attorneys' fees, and

5. Any relief not specifically granted is denied.

6. This is a Final Judgment.

Signed on **Sept. 2, 2009**, at Houston, Texas.

_____
Sim Lake
United States District Judge

Agreed as to form and substance:

_____
Richard Lee, Claimant

_____
Robert W. Snyder, Attorney for
Claimant Richard Lee

/s/ Albert Ratliff
Albert Ratliff, A.U.S.A.